

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2018

No. 04-18-00372-CR

Aundrea Edward **MATHIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 555225
Honorable Walden Shelton, Judge Presiding

# **O R D E R**

A supplemental clerk's record containing the trial court's amended certification of defendant's right of appeal has been filed. We reinstate this appeal on the active docket of the court. We order appellant's brief due July 23, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2018.

_____
Keith E. Hottle
Clerk of Court